1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Bessie Jean Carson
6
7
8
9                    UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
12
13  IN RE: BEXTRA AND CELEBREX           )  CASE NO.  CV05-5351 (CRB)
                                         )
14  MARKETING SALES PRACTICES AND        )  MDL NO. 1699
    PRODUCT LIABILITY LITIGATION         )  District Judge: Charles R. Breyer
15                                       )
                                         )
16  BESSIE JEAN CARSON,                  )
                                         )
17         Plaintiff,                    )  STIPULATION AND ORDER OF
                                         )  DISMISSAL WITH PREJUDICE
18  vs.                                  )
                                         )
19  G.D. SEARLE & CO., PHARMACIA         )
    CORPORATION; MONSANTO COMPANY,       )
20  a Delaware corporation; PFIZER, INC., a )
    Delaware corporation,                )
21                                       )
                                         )
22         Defendants.                   )
                                         )
23                                       )

24
25
26         Come now the Plaintiff, **BESSIE JEAN CARSON** and Defendants, by and through the
27  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
28

-1-

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2  fees and costs.

|   |   |
|---|---|
| DATED: September 1, 2009 | ROBINSON, CALCAGNIE & ROBINSON |
|   | By: *Mark P. Robinson, Jr.* |
|   | MARK P. ROBINSON, JR. |
|   | Attorneys for Plaintiffs Bessie Jean Carson |
|   |   |
| DATED: Oct. 22, 2009 | DLA PIPER LLP (US) |
|   | By: /s/ |
|   | Matt Holian |
|   | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

PFZR/1035934/1132569v.1
EAST\42531961.1